

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In re Liberty County Mutual Insurance Company

Appellate case number:   01-21-00141-CV

Trial court case number:  2017-52441

Trial court:             234th District Court of Harris County

      Real party in interest, Martina M. Valyan, has filed an unopposed second motion for extension of time in which to file her response to relator's petition for writ of mandamus. Real party in interest's motion is **granted**. Real party in interest's response is due June 18, 2021.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                      Acting individually

Date: June 15, 2021